# Exhibit
# 2

shop   our story   contact

Horse Racing  ›  Justify 2018 Triple Crown Winner                                              Next ›





# Justify 2018 Triple Crown Winner

**Justify** is a retired American Thoroughbred racehorse who is the thirteenth and most recent winner of the American Triple Crown, accomplishing the feat by winning the Kentucky Derby, Preakness Stakes, and Belmont Stakes in 2018.

- 32 × 29 in.
- Matted
- Curved mahogany frame
- All prints delivered as shown
- Made in America

10% of each sale is donated to the MN Trauma Project to honor Samantha Binetti and the legacy she leaves behind. Learn more.

Flat rate shipping throughout the United States. Free delivery in the Minneapolis and St. Paul metropolitan area.

Can't find what you want? No problem. We will. Contact us today.

### $150.00

COLOR:

Select Color ▾

QUANTITY:

1

PURCHASE

f  FACEBOOK      y  TWITTER      p  PINTEREST

© Sports Moments Plus LLC 2019 - All Rights Reserved

**About us**
Sports and pop culture moments pictured for life. Framed, matted and ready to hang. Learn more.

**Shipping**
SMP offer flat rate shipping throughout the United States and free delivery in the Minneapolis and St. Paul metropolitan area.

**Returns and Exchanges**
SMP offers complimentary exchanges for damaged or broken goods. SMP does not issue refunds.

**Contact us**
P (952) 484-9487
E john@sportsmomentsplus.com





By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively. ✕



Modified: 30 Jul 2020  Screenshot: 30 Jul 2020 13:06:46





www.sportsmomentsplus.com/horse-racing-prints/justify-triple-crown



# Justify 2018 Triple Crown Winner

**Justify** is a retired American Thoroughbred racehorse who is the thirteenth and most recent winner of the American Triple Crown, accomplishing the feat by winning the Kentucky Derby, Preakness Stakes, and Belmont Stakes in 2018.

- 32 × 29 in.
- Matted
- Curved mahogany frame
- All prints delivered as shown
- Made in America

10% of each sale is donated to the MN Trauma Project to honor Samantha Binetti and the legacy she leaves behind. Learn more.

Flat rate shipping throughout the United States. Free delivery in the Minneapolis and St. Paul metropolitan area.

Can't find what you want? No problem. We will. Contact us today.

$150.00

COLOR:

**URL:** https://www.sportsmomentsplus.com/horse-racing-prints/justify-triple-crown

**Screenshot Taken:** 2020-08-04 08:53 (Europe/Berlin)   **HTML Updated:** "www.sportsmomentsplus.com" reports "08/04/2020 08:53:54".   **Case ID:** CAS-102064   **URL ID:** UID-00737471



Modified: 30 Jul 2020  Screenshot: 30 Jul 2020 03:01:36

