# Exhibit

# 3



Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

August 12, 2020

**VIA EMAIL:  john@sportsmomentsplus.com**
Mr. John Binetti
Sports Moments Plus, LLC
8848 Woodhill Circle
Savage, MN 55378

**Re:   Eclipse Sportswire v. Sports Moments Plus, LLC**
**Our File No.:  00687-0007**

Dear Mr. Binetti,

**We are a law firm making a claim on behalf of our client.  We know that this is reaching you during a difficult and trying time and that you may have more pressing concerns. We appreciate that responding to this letter may not be your first priority.  However, we must receive a response from you so that we know that you are taking this matter seriously, even if you need more time to hire a lawyer or report this claim to your insurance carrier.  If we hear from you then we can work with you to understand your position and resolve our client's claim. Please respond to us.**

We write on behalf of our client Eclipse Sportswire, a photograph licensing agent, for purposes of resolving a case of copyright infringement against you by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim.

*Eclipse Sportswire ("Eclipse")*
Eclipse is known for their worldwide cover of editorial photography, in sports mainly specializing in horses. Since 2009, Eclipse has photographed in every major thoroughbred horse race across the United States. Eclipse has also covered other major photography events, such as the Rolex Championship. Eclipse has received numerous awards for their unique photo captures, such as winning first place in the 2010 Equine Ideal Photo Contest, second place in the 2010 Thoroughbred Blogger's Alliance, and received the 2009 Jerry Frutkoff Preakness award etc. Eclipse has also been featured

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. John Binetti
Sports Moments Plus, LLC
August 12, 2020
Page 2

in/on major name magazines including but not limited to, Sports Illustrated, Chronical of the Horse, and Speechless Times.

Eclipse retains all copyrights to its photographs. Eclipse licenses its copyrighted Works, such as the ones in this case, for commercial use.

Alex Evers and Scott Serio created the images, hereinafter referred to as the "Works."

A copy of the works at issue is shown below. The other is attached.



**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. John Binetti
Sports Moments Plus, LLC
August 12, 2020
Page 3

Serio and Eclipse, registered the Works with the Register of Copyrights on July 2, 2018 and July 2, 2019, and was assigned the registration numbers VA 2-109-184 and VA 2-158-371, copies of which are enclosed.

*Infringement by Sports Moments Plus, LLC ("SMP")*
We have enclosed contemporaneous evidence of the infringement by SMP.  In addition to the infringement, Eclipse's photograph was very obviously cropped as shown on the attached.  You have employed our client's Works in at least the manner indicated in the evidence attached.  Your unauthorized use commenced on at least the date indicated above.  You are fully aware that the Works you used are our client's Works.  No one from your company ever sought a license from our client to use the Works for any purpose.

You have copied, displayed and distributed our client's Works without permission, license or consent.  The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act.  The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation.  This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's Works.  Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's Works, please provide us with this evidence so we may avoid further controversy or litigation.  Otherwise, we will be forced to assume that your use violated the law.

*Damages*
Copyright law provides several different elements of compensation to Eclipse when a work is infringed or altered.  Section 504 permits Eclipse to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed if the registration predated the infringement. Eclipse can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales.  Eclipse's photographs are of the highest quality.  Eclipse's photographs are also scarce since it is one of the only sources of such quality photographs.

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. John Binetti
Sports Moments Plus, LLC
August 12, 2020
Page 4

Eclipse's damages are not limited to what it would have agreed to license the Works for prior to the infringement.  Rather, Eclipse's actual damages will be measured by the fair market value of the photograph considering SMP's use to sell and promote its business.  Eclipse's actual damages must be measured in light of SMP's use of Eclipse's high quality and unique Works.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement.  See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001).  The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs.  See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016).  In addition, Eclipse can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits Eclipse to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, Eclipse will also be entitled to SMP's profits from the infringement, based upon the revenue SMP earned in connection with the use of Eclipse's Works.

Alternatively, Eclipse could seek statutory damages for infringement in an amount of up to $30,000 per work infringed if the registration predated the infringement.  There is also the possibility that a judge or jury could determine that  SMP's infringement was willful.  If SMP's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

*Demand*
In order to determine how to proceed, please provide us with information and documents showing:

1.    the full nature and extent of the use of our client's Works, in any and all formats;

2.    representative copies in any and all tangible form and media in which our client's Works were incorporated or employed; and

3.    the source of the Works.

Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. John Binetti
Sports Moments Plus, LLC
August 12, 2020
Page 5


Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers.  If we do not receive a response from you or a representative by August 26, 2020, we will take further steps to protect our client's rights.

We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman


JBR/jmb
Enclosures

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary A. Tangle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-109-184

**Effective Date of Registration:**
July 02, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 06, 2018 to June 10, 2018

## Title

| | |
|---|---|
| **Title of Group:** | Evers2018Justify |
| **Number of Photographs in Group:** | 746 |

- **Individual Photographs:** 18-0106-Itsinthepost-14-Evers, 18-0106-Baffert_Pincay-05-Evers, 18-0106-cityplan-18-Evers, 18-0106-BobBaffert-13-Evers, 18-0106-itsinthepost-03-Evers, 18-0106-itsinthepost-02-Evers, 18-0106-itsinthepost-05-Evers, 18-0106-Itsinthepost-13-Evers, 18-0106-itsinthepost-001-Evers, 18-0106-Itsinthepost-09-Evers, 18-0106-Itsinthepost-12-Evers, 18-0125-WestCoast_002_Evers, 18-0125-WestCoast_005_Evers, 18-0126-BobBaffert_danaBarnes_008-Evers, 18-0126-BobBaffert_008-Evers

  **Published:** January 2018

- **Individual Photographs:** 18-0203-lombo-003-Evers, 18-0203-lombo-004-Evers, 18-0203-lombo-005-Evers, 18-0203-lombo-006-Evers, 18-0203-lombo-009-Evers, 18-0203-lombo-008-Evers, 18-0203-lombo-002-Evers, 18-0210-kanthaka-109-Evers, 18-0210-majesticheat-172-Evers, 18-0210-mopotism-179-Evers, 18-0210-om-002-Evers, 18-0210UniqueBella-001Evers, 18-0210-kanthaka-108-Evers, 18-0210-om-16-Evers, 18-0210-Om-110-Evers, 18-0210-om-17-Evers, 18-0210UniqueBella-001Evers, 18-0210-kanthaka-108-Evers, 18-0210-kanthaka-006-Evers, 18-0210-westpoint100stakeswins-19-Evers, 18-0210-westpoint100stakeswins-18-Evers, 18-0210-westpoint100stakeswins-17-Evers, 18-0210-uniquebella-eye-114-Evers, 18-0210-uniquebella-191-Evers, 18-0210-uniquebella-179-Evers, 18-0210-uniquebella-178-Evers, 18-0210-uniquebella-172-Evers, 18-0210-uniquebella-170-Evers, 18-0210-uniquebella-169-Evers, 18-0210-uniquebella-168-Evers, 18-0210-uniquebella-114-Evers, 18-0210-uniquebella-15-Evers, 18-0210UniqueBella-004-Evers, 18-0210UniqueBella-003-Evers, 18-0210UniqueBella-002-Evers, 18-0210-victorespinoza-106-Evers, 18-0210-uniquebella-171-Evers, 18-0210-uniquebella-167-Evers, 18-0210-Om-111-Evers, 18-0210-kanthaka-011-Evers, 18-0210-FlavienPrat-106-Evers, 18-0210-FlavienPrat-002-Evers, 18-0210-westpoint100wins-106-Evers, 18-0210-uniquebella-192-Evers, 18-0210-uniquebella-19-Evers, 18-0210-om-115-Evers, 18-0210-uniqueBella-006-Evers, 18-0210-smith-002-Evers, 18-0210-scale-110-Evers, 18-0210-sanvicente-106-Evers, 18-0210-om-114-Evers, 18-0210-om-113-Evers, 18-0210-FlavienPrat-001-Evers, 18-0210-FlavienPrat-003-Evers, 18-0210-FlavienPrat-004-Evers, 18-0210-JeffLifson-001Evers, 18-0210-JerryHolendorfer-113-Evers, 18-0210-JerryHolendorfer-114-Evers, 18-0210-JerryHolendorfer-115-Evers, 18-0210-kanthaka-009-Evers, 18-0210-kanthaka-010-Evers, 18-0210-kanthaka-106-Evers, 18-0210-kanthaka-107-Evers

**Published:**     February 2018

- **Individual Photographs:**     18-0310-mickruis-0003-Evers, 18-0310-bolt-0004-Evers, 18-0310-bolt-0005-Evers, 18-0310-BowiesHero-0011-Evers, 18-0310-bolt-0011-Evers, 18-0310-bolt-0019-Evers, 18-0310-bolt-0020-Evers, 18-0310-bolt-0111-Evers, 18-0310-bolt-0119-Evers, 18-0310-bolt-0126-Evers, 18-0310-bolt-0128-Evers, 18-0310-bolt-0129-Evers, 18-0310-bolt-01232-Evers, 18-0310-Boltdoro-011121-Evers, 18-0310-Boltdoro-011321-Evers, 18-0310-BowiesHero-0010-Evers, 18-0310-peace-0016-Evers, 18-0310-mckinzie-0014-Evers, 18-0310-Boltdoro-01111-Evers, 18-0310-bolt-0003-Evers, 18-0310-mikesmith_michelleYu-0008-Evers, 18-0310-mickruis-0002-Evers, 18-0310-mckinzie-0013-Evers, 18-0310-BowiesHero-0014-Evers, 18-0310-bolt-0115-Evers, 18-0310-bolt-0009-Evers, 18-0310-Boltdoro-01232-Evers, 18-0310-bolt-0002-Evers_1, 18-0310-bolt-0007-Evers, 18-0310-WorldApproval-0010-Evers, 18-0310-vandyke-01232-Evers, 18-0310-mickruis-0008-Evers, 18-0310-mickruis-0006-Evers, 18-0310-mickruis-0004-Evers, 18-0310-bolt-0001-Evers_1, 18-0310-mckinzie-01232-Evers, 18-0310-mckinzie-00221-Evers, 18-0310-mckinzie-00121-Evers, 18-0310-mckinzie-0016-Evers, 18-0310-castellano_Smith-0004-Evers, 18-0310-callwest-01232-Evers, 18-0310-BowiesHero-0028-Evers, 18-0310-BowiesHero-0018-Evers, 18-0310-BowiesHero-0017-Evers

**Published:**     March 2018

- **Individual Photographs:**     5-Evers, 18-04001-Justify-014-Evers, 18-04001-Justify-012-Evers, 18-04001-Justify-005-Evers, 18-04001-Justify-004-Evers, justify_Gallop_029, 18-04001-Boltdoro-001-Evers, 18-04001-Boltdoro-002-Evers, 18-04001-Boltdoro-003-Evers, 18-04001-Boltdoro-004-Evers, 18-04001-Boltdoro-007-Evers, 18-04001-Boltdoro-008-Evers, 18-04001-Boltdoro-009-Evers, 18-04001-Boltdoro-010-Evers-bw, 18-04001-Boltdoro-010-Evers, 18-04001-Boltdoro-013-Evers, 18-04001-Paved-013-Evers, 18-04001-Paved-014-Evers, 18-04001-Justify-013-Evers, 18-04001-Boltdoro-005-Evers, 18-04001-Boltdoro-006-Evers, 18-04001-Boltdoro-011-Evers-bw, 18-0401-Justify-002-Evers, 18-0402-Justify-002-Evers, 18-0402-Justify-003-Evers, 18-0402-Justify-004-Evers, 18-0402-Justify-005-Evers, 18-0402-Justify-006-Evers, 18-0402-Justify-007-Evers, 18-0402-Justify-008-Evers, 18-0402-Justify-009-Evers, 18-0402-Justify-010-Evers, 18-0402-Justify-011-Evers, 18-0402-Justify-012-Evers, 18-0402-Justify-014-Evers, 18-0402-Justify-015-Evers, 18-0402-Justify-016-Evers, 18-0402-Justify-017-Evers, 18-0402-Justify-001-Evers, 18-0402-accelerate-017-Evers, 18-0402-MikeSmith-013-Evers, 18-0402-Justify-013-Evers, 18-0407-justify_031-Evers, 18-0407-justify_032-Evers, 18-0407-justify_027-Evers, 18-0407-justify_033-Evers, 18-0407-justufy_011-Evers, 18-0407-justufy_010-Evers, 18-0407-justufy_009-Evers, 18-0407-justufy_006-Everssma, 18-0407-justufy_006-Evers, 18-0407-justufy_005-Everssma, 18-0407-justufy_005-Evers, 18-0407-justufy_004-Evers, 18-0407-justufy_002-Evers, 18-0407-justufy_001-Evers, 18-0407-justufy_000-Everssmall, 18-0407-justufy_000-Evers, 18-0407-baffert_006-Evers, 18-0407-Heckyeah_006-Evers, 18-0407-justufy_003-Evers, 18-0407-Heckyeah_005-Evers, 18-0407-Heckyeah_004-Evers, 18-0407-Heckyeah_002-Evers, 18-0407-Heckyeah_001-Evers, 18-0407-exuberance_006-Evers, 18-0407-evinroman_005-Evers_1, 18-0407-justufy_008-Evers

**Published:**     April 2018

- **Individual Photographs:**     18-0407-justufy_0033-Evers, 18-0407-justify_030-Evers, 18-0407-justify_029-Evers, 18-0407-justify_028-Evers, 18-0407-fatalebarre_005-Evers, 18-0407-ggg_032-Evers, 18-0407-justufy_003-Evers_1, 18-0407-justufy_013-Evers, 18-0407-justify_026-Evers, 18-0407-boltdoro-0001-Evers_1, 18-0407-bolt_030-Evers, 18-0407-midnightbisou_003-Evers, 18-0407-midnightbisou_002-Evers, 18-0407-midnightbisou_001-Evers, 18-0421-



MikeSmith-001-Evers, 18-0421-Justify-Baffert-002-Evers, 18-0421-Justify-Baffert-001-Evers, 18-0421-Justify-001-Evers, 18-0421-Rayya-002-Evers, 18-0421-Boltdoro-002-Evers, 18-0421-Baffert-002-Evers, 18-0421-Boltdoro-001-Evers, 18-0421-Boltdoro-003-Evers, 18-0421-EvinRoman-002-Evers

**Published:**   April 2018

- **Individual Photographs:**   18-0501-KYD_0032-evers, 18-0501-KYD_0034-evers, 18-0501-KYD_0035-evers, 18-0501-KYD_0037-evers, 18-0501-KYD_0045-evers, 18-0501-Justify-002-Evers, 18-0501-KYD_0038-evers, 18-0501-KYD_0045-evers, 18-0501-KYD_0041-evers, 18-0501-KYD_0033-evers, 18-0501-KYD_0022-evers, 18-0501-KYD_0011-evers, 18-0501-KYD_0002-evers, 18-0501-KYD_0003-evers, 18-0501-baffert-008-Evers, 18-0501-bobbaffert-101-Evers, 18-0501-HumbertoGomez-001-Evers, 18-0501-KYD_0039-evers, 18-0501-Justify-001-Evers, 18-0501-Justify-003-Evers, 18-0501-Justify-004-Evers, 18-0501-Justify-005-Everssocial, 18-0501-KYD_0040-evers, 18-0501-KYD_0042-evers, 18-0501-KYD_0043-evers, 18-0501-KYD_0047-evers, 18-0501-KYD_0048-evers, 18-0501-mickruis-101-Evers, 18-0501-toddpletcher-101-Evers, 18-0501-victorespinoza-101-Evers, 18-0501-toddpletcher-11-Evers, 18-0501-KYD_0036-evers, 18-0501-KYD_0030-evers, 18-0501-KYD_0024-evers, 18-0501-KYD_0019-evers, 18-0501-KYD_0013-evers, 18-0501-KYD_0007-evers, 18-0501-KYD_0001-evers, 18-0501-Justify-007-Evers, 18-0501-Justify-102-Evers, 18-0501-KYD_0026-evers, 18-0501-KYD_0025-evers, 18-0501-KYD_0023-evers, 18-0501-KYD_0021-evers, 18-0501-KYD_0020-evers, 18-0501-KYD_0018-evers, 18-0501-KYD_0017-evers, 18-0501-KYD_0016-evers, 18-0501-KYD_0015-evers, 18-0501-KYD_0014-evers, 18-0501-KYD_0012-evers, 18-0501-KYD_0010-evers, 18-0501-KYD_0009-evers, 18-0501-KYD_0008-evers, 18-0501-KYD_0006-evers, 18-0501-KYD_0005-evers, 18-0501-KYD_0004-evers, 18-0501-Justify-006-Evers, 18-0501-Justify-101-Evers, 18-0501-KYD_0027-evers, 18-0501-KYD_0028-evers, 18-0501-KYD_0029-evers, 18-0501-KYD_0031-evers, 18-0502-KYD-1127-Evers, 18-0502-KYD-0037-Evers, 18-0502-KYD-0031-Evers, 18-0502-KYD-0025-Evers, 18-0502-KYD-0020-Evers, 18-0502-KYD-0014-Evers, 18-0502-KYD-0007-Evers, 18-0502-KYD-0006-Evers, 18-0502-KYD-0005-Evers, 18-0502-KYD-0004-Evers, 18-0502-KYD-0001-Evers, 18-0502-KYD-0002-Evers

**Published:**   May 2018

- **Individual Photographs:**   18-0502-KYD-0008-Evers, 18-0502-KYD-0011-Evers, 18-0502-KYD-0012-Evers, 18-0502-KYD-0013-Evers, 18-0502-KYD-0015-Evers, 18-0502-KYD-0016-Evers, 18-0502-KYD-0017-Evers, 18-0502-KYD-0018-Evers, 18-0502-KYD-0021-Evers, 18-0502-KYD-0022-Evers, 18-0502-KYD-0023-Evers, 18-0502-KYD-0024-Evers, 18-0502-KYD-0026-Evers, 18-0502-KYD-0027-Evers, 18-0502-KYD-0028-Evers, 18-0502-KYD-0029-Evers, 18-0502-KYD-0032-Evers, 18-0502-KYD-0033-Evers, 18-0502-KYD-0034-Evers, 18-0502-KYD-0035-Evers, 18-0502-KYD-0036-Evers, 18-0502-KYD-0038-Evers, 18-0502-KYD-0039-Evers, 18-0502-KYD-0042-Evers, 18-0502-KYD-1116-Evers, 18-0502-KYD-1117-Evers, 18-0502-KYD-1118-Evers, 18-0502-KYD-1119-Evers, 18-0502-KYD-1120-Evers, 18-0502-KYD-1121-Evers, 18-0502-KYD-1122-Evers, 18-0502-KYD-1124-Evers, 18-0502-KYD-1126-Evers, 18-0502-KYD-1128-Evers, 18-0502-KYD-1129-Evers, 18-0502-KYD-1130-Evers, 18-0502-KYD-1131-Evers, 18-0502-KYD-1133-Evers, 18-0502-KYD-1134-Evers, 18-0502-KYD-1137-Evers, 18-0502-KYD-1139-Evers, 18-0502-KYD-1141-Evers, 18-0502-KYD-1142-Evers, 18-0502-KYD-1143-Evers, 18-0502-KYD-1144-Evers, 18-0502-KYD-1145-Evers, 18-0502-KYD-1147-Evers, 18-0502-KYD-1148-Evers, 18-0502-KYD-1151-Evers, 18-0502-KYD-1154-Evers, 18-0502-KYD-1150-Evers, 18-0502-KYD-1138-Evers, 18-0502-KYD-1125-Evers, 18-0502-KYD-0043-Evers, 18-0502-KYD-0040-Evers, 18-0502-KYD-0030-Evers, 18-0502-KYD-0019-Evers, 18-0502-KYD-0010-

Evers, 18-0502-KYD-0003-Evers, 18-0502-KYD-0009-Evers, 18-0502-KYD-1152-Evers, 18-0502-KYD-1146-Evers, 18-0502-KYD-1140-Evers, 18-0502-KYD-1132-Evers, 18-0502-KYD-0041-Evers, 18-0503-monomygirl119-EVERS, 18-0503-JUSTIFY_004-EVERS, 18-0503-JUSTIFY_005-EVERS, 18-0503-justify_008-EVERS, 18-0503-justify_009-EVERS, 18-0503-justify_019-EVERS, 18-0503-MIDNIGHTBISOU_003-EVERS, 18-0503-MIDNIGHTBISOU_002-EVERS, 18-0503-justify_119-EVERS, 18-0503-justify_129-EVERS, 18-0503-MIDNIGHTBISOU_001-EVERS

**Published:** May 2018

- **Individual Photographs:** 18-0503-Mendelssohn-016-Evers_1, 18-0503-Mendelssohn-011-Evers, 18-0503-JEFFBLOOM_001-EVERS, 18-0503-Mendelssohn-021-Evers, 18-0503-Mendelssohn-020-Evers, 18-0503-Mendelssohn-018-Evers_1, 18-0503-Mendelssohn-017-Evers_1, 18-0503-Mendelssohn-015-Evers, 18-0503-Mendelssohn-014-Evers_1, 18-0503-Mendelssohn-013-Evers, 18-0503-Mendelssohn-012-Evers_1, 18-0503-Mendelssohn-009-Evers_1, 18-0503-Mendelssohn-008-Evers_1, 18-0503-Mendelssohn-006-Evers, 18-0503-Mendelssohn-005-Evers_1, 18-0503-Mendelssohn-003-Evers_1, 18-0503-Mendelssohn-002-Evers, 18-0503-Mendelssohn-001-Evers_1, 18-0503-Mendelssohn-004-Evers_1, 18-0503-Mendelssohn-007-Evers, 18-0503-Mendelssohn-019-Evers_1, 18-0503-wondergadot119-EVERS, 18-0503-raya119-EVERS, 18-0504-BackyardHeaven-003-Evers, 18-0504-monomygirl-004-Evers, 18-0504-monomygirl-005-Evers_1, 18-0504-monomygirl-007-Evers, 18-0504-monomygirl-008-Evers, 18-0504-monomygirl-013-Evers, 18-0504-monomygirl-023-Evers, 18-0504-monomygirl-024-Evers, 18-0504-monomygirl-027-Evers, 18-0504-monomygirl-029-Evers, 18-0504-monomygirl-030-Evers, 18-0504-monomygirl-031-Evers, 18-0504-RicardoSantana-001-Evers, 18-0504-RicardoSantana-002-Evers, 18-0504-Salty-001-Evers, 18-0504-Salty-002-Evers, 18-0504-DerbyDAy-37696-Evers, 18-0504-DerbyDAy-37697-Evers, 18-0504-DerbyDAy-37715-Evers, 18-0504-DerbyDAy-37730-Evers, 18-0504-DerbyDAy-37755-Evers, 18-0504-DerbyDAy-37787-Evers, 18-0504-monomygirl-006-Evers, 18-0504-monomygirl-032-Evers, 18-0504-Toinette-003-Evers, 18-0504-DerbyDAy-37724-Evers, 18-0504-monomygirl-003-Evers, 18-0504-monomygirl-025-Evers, 18-0504-monomygirl-028-Evers, a180504_eclipsesportswire_ae_2904, 18-0505-RobbyAlbarado-001-Evers, 18-0505-justify-008-Evers, 18-0505-PreaknessStakes-03423-Evers, 18-0505-PreaknessStakes-02065-Evers, 18-0505-PreaknessStakes-01816-Evers, 18-0505-PreaknessStakes-01799-Evers

**Published:** May 2018

- **Individual Photographs:** 18-0505-KyDerby-39102-Evers, 18-0505-KyDerby-39074-Evers, 18-0505-KyDerby-39004-Evers, 18-0505-KyDerby-38763-Evers, 18-0505-KyDerby-38754-Evers, 18-0505-KyDerby-38626-Evers, 18-0505-Justify10002-Evers, 18-0505-Justify10001-Evers, 18-0505-Justify-02940-Evers, 18-0505-justify-115-Evers, 18-0505-justify-109-Evers, 18-0505-PreaknessStakes-03422-Evers-2, 18-0505-PreaknessStakes-02093-Evers, 18-0505-KyDerby-39146-Evers, 18-0505-KyDerby-39079-Evers, 18-0505-KyDerby-38756-Evers, 18-0505-justify-116-Evers, 18-0505-justify-002-Evers, 18-0505-justify-110-Evers, 18-0505-justify-006-Evers, 18-0505-justify-001-Evers, 18-0505-justify-128-Evers, 18-0505-PreaknessStakes-03571-Evers, 18-0505-PreaknessStakes-03535-Evers, 18-0505-PreaknessStakes-02878-Evers, 18-0505-justify-018-Evers, 18-0505-justify-016-Evers, 18-0505-justify-015-Evers, 18-0505-justify-013-Evers, 18-0505-justify-011-Evers, 18-0505-justify-012-Evers, 18-0505-KyDerby-40034-Evers, 18-0505-PreaknessStakes-02830-Evers, 18-0505-PreaknessStakes-00699-Evers, 18-0505-KyDerby-39169-Evers, 18-0505-KyDerby-39005-Evers, 18-0505-justify-001-EversBEST, 18-0505-PreaknessStakes-02854-Evers, 18-0505-PreaknessStakes-02590-Evers, 18-

0505-PreaknessStakes-02130-Evers, 18-0505-justify-009-Evers, 18-0505-PreaknessStakes-02072-Evers, 18-0505-justify-003-Evers, 18-0505-KyDerby-39270-Evers, 18-0505-KyDerby-39162-Evers, 18-0505-KyDerby-39161-Evers, 18-0505-KyDerby-39137-Evers, 18-0505-KyDerby-39128-Evers, 18-0505-KyDerby-39111-Evers, 18-0505-justify-004-Evers, 18-0505-justify-005-Evers, 18-0505-KyDerby-39110-Evers, 18-0505-FunnyDuck-001-Evers, 18-0505-justify-010-Evers, 18-0505-justify-019-Evers, 18-0505-justify-126-Evers, 18-0505-Jimoliberal-001-Evers, 18-0505-mendelssohn-019-Evers, 18-0505-justify-007-Evers, 18-0505-ryanmoore-09-Evers, 18-0505-ryanmoore-019-Evers, 18-0506-Justify-1178-Evers, 18-0506-justify-004-Everss

**Published:**     May 2018

- **Individual Photographs:**     18-0506-justify-002-Everss, 18-0506-Justify-1177-Evers, 18-0506-Justify-1179-Evers, 18-0506-Justify-1176-Evers, 18-0506-Justify-1180-Evers, 18-0506-justify-003-Everss, 18-0506-Justify-1174-Evers, 18-0506-Justify-1175-Evers, 18-0516-GoodMagic-017-Evers, 18-0516-justify-Baffert-011-Evers, 18-0516-GoodMagic-004-Evers, 18-0516-GoodMagic-010-Evers, 18-0516-GoodMagic-005-Evers, 18-0516-Bravazo-013-Evers, 18-0516-justify-011-Evers, 18-0516-Bravazo-016-Evers, 18-0516-GoodMagic-001-Evers, 18-0516-GoodMagic-006-Evers, 18-0516-GoodMagic-007-Evers, 18-0516-GoodMagic-009-Evers, 18-0516-GoodMagic-012-Evers, 18-0516-GoodMagic-013-Evers, 18-0516-GoodMagic-014-Evers, 18-0516-GoodMagic-016-Evers, 18-0516-justify-Jimmybarnes-012-Evers, 18-0516-justify-013-Evers, 18-0516-justify-010-Evers, 18-0516-justify-009-Evers, 18-0516-justify-008-Evers, 18-0516-GoodMagic-002-Evers, 18-0516-justify-Jimmybarnes-014-Evers, 18-0516-justify-Jimmybarnes-013-Evers, 18-0516-justify-Jimmybarnes-011-Evers, 18-0516-justify-Baffert-009-Evers, 18-0516-justify-014-Evers, 18-0516-justify-007-Evers, 18-0516-justify-006-Evers, 18-0516-justify-005-Evers, 18-0516-justify-004-Evers, 18-0516-justify-002-Evers, 18-0517-Preakness-0022-Evers, 18-0517-Preakness-0005-Evers, 18-0517-Preakness-0034-Evers, 18-0517-Preakness-0017-Evers, 18-0517-Preakness-0012-Evers, 18-0517-Preakness-0010-Evers, 18-0517-Preakness-0004-Evers, 18-0517-Preakness-0002-Evers, 18-0517-Preakness-0045-Evers, 18-0517-Preakness-0033-Evers, 18-0517-Preakness-0021-Evers, 18-0517-Preakness-0023-Evers, 18-0517-Preakness-0024-Evers, 18-0517-Preakness-0032-Evers, 18-0517-Preakness-0038-Evers, 18-0517-Preakness-0042-Evers, 18-0517-Preakness-0046-Evers, 18-0517-Preakness-0006-Evers, 18-0517-Preakness-0007-Evers, 18-0517-Preakness-0019-Evers, 18-0517-Preakness-0035-Evers, 18-0517-Preakness-0028-Evers, 18-0517-Preakness-0029-Evers, 18-0517-Preakness-0044-Evers

**Published:**     May 2018

- **Individual Photographs:**     18-0517-Preakness-0037-Evers, 18-0517-Preakness-0031-Evers, 18-0517-Preakness-0016-Evers, 18-0517-Preakness-0043-Evers, 18-0517-Preakness-0008-Evers, 18-0517-Preakness-0009-Evers, 18-0517-Preakness-0048-Evers, 18-0517-Preakness-0014-Evers, 18-0517-Preakness-0015-Evers, 18-0518-Quip-0033-Evers, 18-0518-Justify-0029-Evers, 18-0518-Justify-0031-Evers, 18-0518-Justify-0032-Evers, 18-0518-Justify-0034-Evers, 18-0518-Justify-0030-Evers, 18-0518-Justify-0026-Evers, 18-0518-bravazo-0033-Evers, 18-0519-preaknesswinnerscircle-003-Evers, 18-0519-justify-001-Evers, 18-0519-justify-012-Evers, 18-0519-mikesmith-006-Evers, 18-0519-preaknesswinnerscircle-002-Evers, 18-0519-preaknesswinnerscircle-004-Evers, 18-0519-preaknesswinnerscircle-006-Evers, 18-0519-preaknesswinnerscircle-007-Evers, 18-0519-justify-002-Evers, 18-0519-justify-011-Evers, 18-0519-mikesmith-003-Evers, 18-0519-Mitole-001-Evers, 18-0519-ricardosantana-003-Evers, 18-0519-mikesmith-005-Evers, 18-0519-Mitole-005-Evers, 18-0519-Mitole-004-Evers, 18-0519-Mitole-003-Evers, 18-0519-Mitole-002-Evers, 18-0519-justify-003-Evers, 18-0519-justify-004-

Evers, 18-0519-justify-005-Evers, justify_Gallop_019, 18-0519-justify-009-Evers, 18-0519-mikesmith-004-Evers, 18-0519-justify-010-Evers, 18-0519-mikesmith-002-Evers, 18-0519-preaknesswinnerscircle-005-Evers

**Published:** May 2018

- **Individual Photographs:** 18-0606-Justify-0321-Evers, 18-0606-Justify-0320-Evers, 18-0606-Justify-0322-Evers, 18-0606-Justify-0324-Evers, 18-0607-Justify-0328-Evers, 18-0607-Justify-0331-Evers, 18-0607-Justify-0330-Evers, 18-0607-baffert-0326-Evers, 18-0607-baffert-0325-Evers, 18-0607-Justify-0322-Evers, 18-0607-Justify-0323-Evers, 18-0607-Justify-0327-Evers, 18-0607-Justify-0320-Evers, 18-0607-Justify-0325-Evers, 18-0607-Justify-0326-Evers, 18-0607-smith-0325-Evers, 18-0607-Justify-0329-Evers, 18-0607-Justify-0324-Evers, 18-0607-Justify-0321-Evers, 18-0608-justify-0320-Evers, 18-0608-justify-0326-Evers, 18-0608-justify-0324-Evers, 18-0608-justify-0322-Evers, 18-0608-justify-0321-Evers, 18-0609-BelmontStakes-5204-evers, 18-0609-BelmontStakes-5125-evers, 18-0609-BelmontStakes-0393-evers, 18-0609-BelmontStakes-0663-evers, 18-0609-BelmontStakes-0695-evers, 18-0609-BelmontStakes-0751-evers, 18-0609-BelmontStakes-0822-evers, 18-0609-BelmontStakes-0891-evers, 18-0609-BelmontStakes-0957-evers, 18-0609-BelmontStakes-3918-evers, 18-0609-BelmontStakes-4016-evers, 18-0609-BelmontStakes-4088-evers, 18-0609-BelmontStakes-7622-evers, 18-0609-BelmontStakes-7889-evers, 18-0609-BelmontStakes-15977-evers, 18-0609-BelmontStakes-5122-evers, 18-0609-BelmontStakes-4210-evers, 18-0609-BelmontStakes-4117-evers, 18-0609-BelmontStakes-4095-evers, 18-0609-BelmontStakes-4093-evers, 18-0609-BelmontStakes-4028-evers, 18-0609-BelmontStakes-4023-evers, 18-0609-BelmontStakes-4021-evers, 180609_eclipsesportswire_ae_10138_copy, 18-0609-BelmontStakes-4020-evers, 18-0609-BelmontStakes-4019-evers, 18-0609-BelmontStakes-4015-evers, 18-0609-BelmontStakes-3987-evers, 180609_eclipsesportswire_ae_10138, 18-0609-BelmontStakes-3956-evers, 18-0609-BelmontStakes-1049-evers, 18-0609-BelmontStakes-1048-evers, 18-0609-BelmontStakes-1047-evers, 18-0609-BelmontStakes-1046-evers, 18-0609-BelmontStakes-0960-evers

**Published:** June 2018

- **Individual Photographs:** 18-0609-BelmontStakes-0956-evers, 18-0609-BelmontStakes-0925-evers, 18-0609-BelmontStakes-0917-evers, 18-0609-BelmontStakes-0899-evers, 18-0609-BelmontStakes-0875-evers, 18-0609-BelmontStakes-0875-evers_(1), 18-0609-BelmontStakes-0871-evers, 18-0609-BelmontStakes-0870-evers, 18-0609-BelmontStakes-0866-evers, 18-0609-BelmontStakes-0856-evers, 18-0609-BelmontStakes-0852-evers, 18-0609-BelmontStakes-0823-evers, 18-0609-BelmontStakes-0820-evers, 18-0609-BelmontStakes-0788-evers, 18-0609-BelmontStakes-0774-evers, 18-0609-BelmontStakes-0768-evers, 18-0609-BelmontStakes-0752-evers, 18-0609-BelmontStakes-0707-evers, 18-0609-BelmontStakes-0698-evers, 18-0609-BelmontStakes-0696-evers, 18-0609-BelmontStakes-0681-evers, 18-0609-BelmontStakes-0674-evers, 18-0609-BelmontStakes-0672-evers, 18-0609-BelmontStakes-0671-evers, 18-0609-BelmontStakes-0664-evers, 18-0609-BelmontStakes-0645-evers, 18-0609-BelmontStakes-0542-evers, 18-0609-BelmontStakes-0523-evers, 18-0609-BelmontStakes-0493-evers, 18-0609-BelmontStakes-0392-evers, 18-0609-BelmontStakes-0389-evers, 18-0609-BelmontStakes-0315-evers, 18-0609-BelmontStakes-2-evers, 18-0609-justify-221-Evers, 18-0609-justify-219-Evers, 18-0609-justify-217-Evers, 18-0609-justify-216-Evers, 18-0609-justify-116-Evers, 18-0609-justify-114-Evers, 18-0609-justify-112-Evers, 18-0609-justify-111-Evers, 18-0609-justify-110-Evers, 18-0609-justify-109-Evers, 18-0609-justify-0009-Evers, 18-0609-justify-0003-Evers, 18-0609-justify-0002-Evers, 18-0609-BelmontStakes-15979-evers, 18-0609-BelmontStakes-15921-evers, 18-0609-BelmontStakes-15893-evers, 18-0609-BelmontStakes-15890-



evers, 18-0609-BelmontStakes-10010, 18-0609-BelmontStakes-7916-evers, 18-0609-BelmontStakes-7885-evers, 18-0609-BelmontStakes-7859-evers, 18-0609-BelmontStakes-7629-evers, 18-0609-BelmontStakes-7623-evers, 18-0609-BelmontStakes-5206-evers, 180609_eclipsesportswire_ae_10897

**Published:**   June 2018

- **Individual Photographs:**   180609_eclipsesportswire_ae_10799, 180609_eclipsesportswire_ae_1068_copy, 180609_eclipsesportswire_ae_068_copy, 18-0609-TeoAhKing-Justify-BelmontStakes, 18-0609-Jutify-11112-Evers, 18-0609-justify-224-Evers, 18-0609-justify-222-Evers, 18-0609-justify-220-Evers, 18-0609-BelmontStakes--evers_(1), 18-0609-BelmontStakes-0655-evers, 18-0609-BelmontStakes-0725-evers, 18-0609-BelmontStakes-0864-evers, 18-0609-BelmontStakes-0867-evers, 18-0609-BelmontStakes-0930-evers, 18-0609-BelmontStakes-4005-evers, 18-0609-BelmontStakes-4108-evers, 18-0609-BelmontStakes-4233-evers, 18-0609-BelmontStakes-7676-evers, 18-0609-BelmontStakes-16082-evers, 18-0609-justify-0008-Evers, 18-0609-justify-113-Evers, 18-0609-justify-115-Evers, 18-0609-justify-218-Evers, 18-0609-justify-223-Evers, 18-0609-Jutify-11111-Evers, 180609_eclipsesportswire_ae_10168_copy, 18-0610-justify-110-Evers, 18-0610-justify-109-Evers, 18-0610-justify-102-Evers, 18-0610-justify-100-Evers, 18-0610-justify-108-Evers, 18-0610-justify-107-Evers, 18-0610-justify-104-Evers, 18-0610-justify-103-Evers, 18-0610-justify-101-Evers

**Published:**   June 2018

## Completion/Publication

**Year of Completion:**   2018
**Earliest Publication Date in Group:**   January 06, 2018
**Latest Publication Date in Group:**   June 10, 2018
**Nation of First Publication:**   United States

## Author

- **Author:**   Alex Evers
**Author Created:**   photographs
**Work made for hire:**   No
**Citizen of:**   United States
**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Alex Evers
7 Spring Knoll Ct, Colora, MD 21917, United States

## Rights and Permissions

**Organization Name:**   Eclipse Sportswire
**Name:**   Scott Serio
**Email:**   eclipsesportswire@gmail.com

**Telephone:** (443)693-3454
**Address:** 7 Spring Knoll Ct.
Colora, MD, 21917  United States

## Certification

**Name:** Joe G. Naylor
**Date:** July 02, 2018
**Applicant's Tracking Number:** USCO-05032

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) were owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Eagle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-109-244

**Effective Date of Registration:**
July 02, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   January 25, 2018 to June 09, 2018

### Title

**Title of Group:**  SerioTC2018
**Number of Photographs in Group:**  657

- **Individual Photographs:**  z180125_eclipsesportswire_ss_1090, z180125_eclipsesportswire_ss_1060, z180125_eclipsesportswire_ss_1027, z180125_eclipsesportswire_ss_0954, z180125_eclipsesportswire_ss_0058, z180125_eclipsesportswire_ss_0079, z180125_eclipsesportswire_ss_0150, z180125_eclipsesportswire_ss_0354, z180125_eclipsesportswire_ss_0612, z180125_eclipsesportswire_ss_0733, z180126_eclipsesportswire_ss_0143, z180126_eclipsesportswire_ss_0111, z180126_eclipsesportswire_ss_0108, azzzz180127_eclipsesportswire_ss_2628, az180127_eclipsesportswire_ss_2634, az180127_eclipsesportswire_ss_2619, az180127_eclipsesportswire_ss_1982, az180127_eclipsesportswire_ss_1581, az180127_eclipsesportswire_ss_1647, az180127_eclipsesportswire_ss_1705, az180127_eclipsesportswire_ss_1730, az180127_eclipsesportswire_ss_1886, azzzz180127_eclipsesportswire_ss_3671, azzzz180127_eclipsesportswire_ss_3295, azzzz180127_eclipsesportswire_ss_3293, azimage1-3.jpeg_1, az180127_eclipsesportswire_ss_0019_1, az180127_eclipsesportswire_ss_0023, az180127_eclipsesportswire_ss_0026, az180127_eclipsesportswire_ss_0029, az180127_eclipsesportswire_ss_0034, az180127_eclipsesportswire_ss_0036, az180127_eclipsesportswire_ss_0049, az180127_eclipsesportswire_ss_0054, az180127_eclipsesportswire_ss_0123, az180127_eclipsesportswire_ss_0153, az180127_eclipsesportswire_ss_0234, az180127_eclipsesportswire_ss_0305, az180127_eclipsesportswire_ss_0342, az180127_eclipsesportswire_ss_0351, az180127_eclipsesportswire_ss_0386, az180127_eclipsesportswire_ss_0410, az180127_eclipsesportswire_ss_0428, az180127_eclipsesportswire_ss_0474, az180127_eclipsesportswire_ss_0505, az180127_eclipsesportswire_ss_1250, az180127_eclipsesportswire_ss_1422, az180127_eclipsesportswire_ss_1424, az180127_eclipsesportswire_ss_1450, az180127_eclipsesportswire_ss_1476, az180127_eclipsesportswire_ss_1499, az180127_eclipsesportswire_ss_1509

  **Published:**  January 2018

- **Individual Photographs:**  zxqz180310_eclipsesportswire_ss_0787, zxqz180310_eclipsesportswire_ss_3311, zxqz180310_eclipsesportswire_ss_2105, zxqz180310_eclipsesportswire_ss_2063, zxqz180310_eclipsesportswire_ss_1296,

zxqz180310_eclipsesportswire_ss_0910,
zxqz180310_eclipsesportswire_ss_3317,
zxqz180310_eclipsesportswire_ss_0723,
sapw180329_saworkshop_serio__0803

**Published:**   March 2018

- **Individual Photographs:**   z180407_eclipse_sportswire_sgs_2987,
z180407_eclipse_sportswire_sgs_2960, 180407_eclipse_sportswire_sgs_0613,
180407_eclipse_sportswire_sgs_0788, 180407_eclipse_sportswire_sgs_0611,
z180407_eclipse_sportswire_sgs_0049,
z180407_eclipse_sportswire_sgs_0131,
z180407_eclipse_sportswire_sgs_0618,
z180407_eclipse_sportswire_sgs_2945,
z180407_eclipse_sportswire_sgs_2946,
z180407_eclipse_sportswire_sgs_2947,
z180407_eclipse_sportswire_sgs_2950,
z180407_eclipse_sportswire_sgs_2959,
z180407_eclipse_sportswire_sgs_2963,
zzzx180421_eclipsesportswire_sgs_2779,
zzzx180421_eclipsesportswire_sgs_2045,
zzzx180421_eclipsesportswire_sgs_1674,
zzzx180421_eclipsesportswire_sgs_1542,
zzzx180421_eclipsesportswire_sgs_0092,
zzzx180421_eclipsesportswire_sns_3817,
zzzx180421_eclipsesportswire_sgs_4019,
zzzx180421_eclipsesportswire_sgs_4012,
zzzx180421_eclipsesportswire_sgs_4006,
zzzx180421_eclipsesportswire_sgs_3995,
zzzx180421_eclipsesportswire_sgs_3988,
zzzx180421_eclipsesportswire_sgs_3978,
zzzx180421_eclipsesportswire_sgs_3977,
zzzx180421_eclipsesportswire_sgs_3961,
zzzx180421_eclipsesportswire_sgs_3959,
derbywork180428_eclipsesportswire_sgs_0646,
derbywork180428_eclipsesportswire_sgs_0640,
derbywork180428_eclipsesportswire_sgs_0629,
derbywork180428_eclipsesportswire_sgs_0604,
derbywork180428_eclipsesportswire_sgs_0592,
derbywork180428_eclipsesportswire_sgs_0589,
derbywork180428_eclipsesportswire_sgs_0551,
derbywork180428_eclipsesportswire_sgs_0525,
derbywork180428_eclipsesportswire_sgs_0497,
derbywork180428_eclipsesportswire_sgs_3046,
derbywork180428_eclipsesportswire_sgs_3061,
derbywork180428_eclipsesportswire_sgs_3071,
derbywork180428_eclipsesportswire_sgs_3125,
derbywork180428_eclipsesportswire_sgs_3143,
derbywork180428_eclipsesportswire_sgs_3155,
derbywork180428_eclipsesportswire_sgs_3159,
derbywork180428_eclipsesportswire_sgs_3199,
derbywork180428_eclipsesportswire_sgs_3244

**Published:**   April 2018

- **Individual Photographs:**   derbywork180428_eclipsesportswire_sgs_3278_1,
derbywork180428_eclipsesportswire_sgs_3324,
derbywork180428_eclipsesportswire_sgs_3378,
derbywork180428_eclipsesportswire_sgs_3383,
derbywork180428_eclipsesportswire_sgs_3392,

derbywork180428_eclipsesportswire_sgs_3409,
derbywork180428_eclipsesportswire_sgs_3480,
derbywork180428_eclipsesportswire_sgs_3529,
derbywork180428_eclipsesportswire_sgs_3538,
derbywork180428_eclipsesportswire_sgs_3546,
derbywork180428_eclipsesportswire_sgs_3553,
derbywork180428_eclipsesportswire_sgs_3034,
derbywork180428_eclipsesportswire_sgs_3031,
derbywork180428_eclipsesportswire_sgs_3012,
derbywork180428_eclipsesportswire_sgs_1686,
derbywork180428_eclipsesportswire_sgs_1670,
derbywork180428_eclipsesportswire_sgs_1601,
derbywork180428_eclipsesportswire_sgs_1588,
derbywork180428_eclipsesportswire_sgs_1542,
derbywork180428_eclipsesportswire_sgs_1532,
derbywork180428_eclipsesportswire_sgs_1423,
derbywork180428_eclipsesportswire_sgs_1464,
derbywork180428_eclipsesportswire_sgs_1390,
derbywork180428_eclipsesportswire_sgs_1382,
derbywork180428_eclipsesportswire_sgs_1364,
derbywork180428_eclipsesportswire_sgs_1341,
derbywork180428_eclipsesportswire_sgs_1339,
derbywork180428_eclipsesportswire_sgs_1308,
derbywork180428_eclipsesportswire_sgs_3568_1,
derbywork180428_eclipsesportswire_sgs_1295,
derbywork180428_eclipsesportswire_sgs_1270,
derbywork180428_eclipsesportswire_sgs_1173,
derbywork180428_eclipsesportswire_sgs_1097,
derbywork180428_eclipsesportswire_sgs_1045,
derbywork180428_eclipsesportswire_sgs_0909,
derbywork180428_eclipsesportswire_sgs_0712,
derbywork180429_eclipsesportswire_voodoo_0362,
zzx180429_eclipsesportswire_voodoo_0684,
xxz180429_eclipsesportswire_voodoo_0694,
derbywork180429_eclipsesportswire_voodoo_1443,
derbywork180429_eclipsesportswire_voodoo_1431,
derbywork180429_eclipsesportswire_voodoo_1320

**Published:**    April 2018

- **Individual Photographs:**    derbywork180429_eclipsesportswire_voodoo_1285,
derbywork180429_eclipsesportswire_voodoo_1253,
derbywork180429_eclipsesportswire_voodoo_1243,
derbywork180429_eclipsesportswire_voodoo_1152,
derbywork180429_eclipsesportswire_voodoo_1125_1,
derbywork180429_eclipsesportswire_voodoo_1098,
derbywork180429_eclipsesportswire_voodoo_0975,
derbywork180429_eclipsesportswire_voodoo_0952,
derbywork180429_eclipsesportswire_voodoo_0842,
derbywork180429_eclipsesportswire_voodoo_0450,
derbywork180429_eclipsesportswire_voodoo_0415_1,
derbywork180430_eclipsesportswire_sgs_1722,
derbywork180430_eclipsesportswire_sgs_1733,
derbywork180430_eclipsesportswire_sgs_1819,
derbywork180430_eclipsesportswire_sgs_1897,
derbywork180430_eclipsesportswire_sgs_1899,
derbywork180430_eclipsesportswire_sgs_1930,
derbywork180430_eclipsesportswire_sgs_2024,
derbywork180430_eclipsesportswire_sgs_2059,

derbywork180430_eclipsesportswire_sgs_2064,
derbywork180430_eclipsesportswire_sgs_2071,
derbywork180430_eclipsesportswire_sgs_2090,
derbywork180430_eclipsesportswire_sgs_2097,
derbywork180430_eclipsesportswire_sgs_2151,
derbywork180430_eclipsesportswire_sgs_2168,
derbywork180430_eclipsesportswire_sgs_2183,
derbywork180430_eclipsesportswire_sgs_2257,
derbywork180430_eclipsesportswire_sgs_2281,
derbywork180430_eclipsesportswire_sgs_2308,
derbywork180430_eclipsesportswire_sgs_2355,
derbywork180430_eclipsesportswire_sgs_2366,
derbywork180430_eclipsesportswire_sgs_2557,
derbywork180430_eclipsesportswire_sgs_2378,
derbywork180430_eclipsesportswire_sgs_2476,
derbywork180430_eclipsesportswire_sgs_2515,
derbywork180430_eclipsesportswire_sgs_2549,
derbywork180430_eclipsesportswire_sgs_2768,
derbywork180430_eclipsesportswire_sgs_2564,
derbywork180430_eclipsesportswire_sgs_2571,
derbywork180430_eclipsesportswire_sgs_2611,
derbywork180430_eclipsesportswire_sgs_2657,
derbywork180430_eclipsesportswire_sgs_2761

**Published:** April 2018

- **Individual Photographs:** derbywork180430_eclipsesportswire_sgs_1011,
derbywork180430_eclipsesportswire_sgs_1144,
derbywork180430_eclipsesportswire_sgs_1309,
derbywork180430_eclipsesportswire_sgs_1338,
derbywork180430_eclipsesportswire_sgs_1655,
derbywork180430_eclipsesportswire_sgs_0813

**Published:** April 2018

- **Individual Photographs:** derbywork180501_eclipsesportswire_sgs_3107,
derbywork180501_eclipsesportswire_sgs_5775,
derbywork180501_eclipsesportswire_sgs_5696,
derbywork180501_eclipsesportswire_sgs_5693,
derbywork180501_eclipsesportswire_sgs_5581,
derbywork180501_eclipsesportswire_sgs_5559,
derbywork180501_eclipsesportswire_sgs_5547,
derbywork180501_eclipsesportswire_sgs_5512,
derbywork180501_eclipsesportswire_sgs_5492,
derbywork180501_eclipsesportswire_sgs_5488,
derbywork180501_eclipsesportswire_sgs_4357,
derbywork180501_eclipsesportswire_sgs_4319,
derbywork180501_eclipsesportswire_sgs_4308,
derbywork180501_eclipsesportswire_sgs_4303,
derbywork180501_eclipsesportswire_sgs_4252,
derbywork180501_eclipsesportswire_sgs_4242,
derbywork180501_eclipsesportswire_sgs_4194,
derbywork180501_eclipsesportswire_sgs_4185,
derbywork180501_eclipsesportswire_sgs_4122,
derbywork180501_eclipsesportswire_sgs_4096,
derbywork180501_eclipsesportswire_sgs_3826,
derbywork180501_eclipsesportswire_sgs_3777,
derbywork180501_eclipsesportswire_sgs_3743,
derbywork180501_eclipsesportswire_sgs_3422,
derbywork180501_eclipsesportswire_sgs_3263,

derbywork180501_eclipsesportswire_sgs_3121,
derbywork180501_eclipsesportswire_sgs_3114,
derbywork180501_eclipsesportswire_sgs_3054,
derbywork180501_eclipsesportswire_sgs_3018,
derbywork180501_eclipsesportswire_sgs_2904,
derbywork180501_eclipsesportswire_sgs_2885,
derbywork180501_eclipsesportswire_sgs_5616,
derbywork180501_eclipsesportswire_sgs_5654,
derbywork180501_eclipsesportswire_voodoo_5071,
derbywork180501_eclipsesportswire_voodoo_5081,
derbywork180501_eclipsesportswire_voodoo_5084,
derbywork180501_eclipsesportswire_voodoo_5437,
derbywork180501_eclipsesportswire_sgs_3161,
derbywork180501_eclipsesportswire_sgs_3523_2,
derbywork180501_eclipsesportswire_sgs_4035_1,
derbywork180501_eclipsesportswire_sgs_4140,
derbywork180501_eclipsesportswire_sgs_4639

**Published:** May 2018

- **Individual Photographs:** derbywork180501_eclipsesportswire_sgs_4690,
derbywork180501_eclipsesportswire_sgs_4715,
derbywork180501_eclipsesportswire_sgs_4741,
derbywork180501_eclipsesportswire_sgs_4777, IMG_3972, IMG_3978,
IMG_8011_1, IMG_8012, IMG_8015,
derbywork180502_eclipsesportswire_jv_0425,
derbywork180502_eclipsesportswire_sgs_0088,
derbywork180502_eclipsesportswire_jv_0421,
derbywork180502_eclipsesportswire_sgs_0034,
derbywork180502_eclipsesportswire_sgs_0045,
derbywork180502_eclipsesportswire_sgs_0066,
derbywork180502_eclipsesportswire_sgs_0081,
derbywork180502_eclipsesportswire_sgs_0195,
derbywork180502_eclipsesportswire_sgs_1285,
derbywork180502_eclipsesportswire_sgs_1444,
derbywork180502_eclipsesportswire_sgs_1588,
derbywork180502_eclipsesportswire_sgs_1607,
derbywork180502_eclipsesportswire_sgs_1682,
derbywork180502_eclipsesportswire_sgs_1855,
derbywork180502_eclipsesportswire_sgs_1862,
derbywork180502_eclipsesportswire_sgs_1995,
derbywork180502_eclipsesportswire_sgs_2057,
derbywork180502_eclipsesportswire_sgs_2069,
derbywork180502_eclipsesportswire_sgs_2088,
derbywork180502_eclipsesportswire_sgs_2102, IMG_3969,
a180503_eclipsesportswire_sgs_0726, a180503_eclipsesportswire_sgs_0753,
a180503_eclipsesportswire_sgs_0776, a180503_eclipsesportswire_sgs_0080,
a180503_eclipsesportswire_sgs_0074, a180503_eclipsesportswire_sgs_0073,
a180503_eclipsesportswire_sgs_0070, a180503_eclipsesportswire_sgs_0068,
a180503_eclipsesportswire_sgs_0065, a180503_eclipsesportswire_sgs_0064,
a180503_eclipsesportswire_sgs_0062, a180503_eclipsesportswire_sgs_0060,
a180503_eclipsesportswire_sgs_0058, a180503_eclipsesportswire_sgs_0046,
a180503_eclipsesportswire_sgs_0041,
a180503_eclipsesportswire_sgs_0031_1,
a180503_eclipsesportswire_sgs_0028, a180503_eclipsesportswire_sgs_0026,
a180503_eclipsesportswire_sgs_0027, a180503_eclipsesportswire_sgs_0024,
a180503_eclipsesportswire_sgs_0021

**Published:** May 2018

- **Individual Photographs:** a180503_eclipsesportswire_sgs_0020, a180503_eclipsesportswire_sgs_0010, a180503_eclipsesportswire_sgs_0009, a180503_eclipsesportswire_sgs_0008, a180503_eclipsesportswire_sgs_0007, a180503_eclipsesportswire_sgs_0004, a180503_eclipsesportswire_sgs_0001, a180503_eclipsesportswire_sgs_0869, a180503_eclipsesportswire_sgs_0823, a180503_eclipsesportswire_sgs_0817, a180503_eclipsesportswire_sgs_0950, a180503_eclipsesportswire_sgs_0944, a180503_eclipsesportswire_sgs_0892, a180503_eclipsesportswire_sgs_1044, a180503_eclipsesportswire_sgs_0082_1, a180503_eclipsesportswire_sgs_0516, a180503_eclipsesportswire_sgs_0518, a180503_eclipsesportswire_sgs_0541, a180503_eclipsesportswire_sgs_0981, a180503_eclipsesportswire_sgs_0787, a180503_eclipsesportswire_sgs_0552, a180503_eclipsesportswire_sgs_0644, a180503_eclipsesportswire_sgs_0653, a180504_eclipsesportswire_sgs_1201, a180504_eclipsesportswire_jv_5128, a180504_eclipsesportswire_sgs_0208_1, a180504_eclipsesportswire_sgs_0587_1, a180504_eclipsesportswire_sgs_0607, a180504_eclipsesportswire_sgs_0617, a180504_eclipsesportswire_sgs_0696, a180504_eclipsesportswire_sgs_0711, a180504_eclipsesportswire_sgs_0737, a180504_eclipsesportswire_sgs_0756_1, a180504_eclipsesportswire_sgs_0760, a180504_eclipsesportswire_sgs_0766, a180504_eclipsesportswire_sgs_0775, a180504_eclipsesportswire_sgs_0806, a180504_eclipsesportswire_sgs_0811, a180504_eclipsesportswire_sgs_0814, a180504_eclipsesportswire_sgs_0818, a180504_eclipsesportswire_sgs_0834, a180504_eclipsesportswire_sgs_0855, a180504_eclipsesportswire_sgs_0979, a180504_eclipsesportswire_sgs_0996, a180504_eclipsesportswire_sgs_1039, a180504_eclipsesportswire_sgs_1048, a180504_eclipsesportswire_sgs_1080, a180504_eclipsesportswire_sgs_1121, a180504_eclipsesportswire_sgs_1130, a180504_eclipsesportswire_sgs_1184, a180504_eclipsesportswire_sgs_1211, a180504_eclipsesportswire_sgs_1247

  **Published:** May 2018

- **Individual Photographs:** a180504_eclipsesportswire_sgs_1272, a180504_eclipsesportswire_sgs_1828_1, a180504_eclipsesportswire_sgs_2607, a180504_eclipsesportswire_sgs_3132, a180504_eclipsesportswire_sgs_3173, a180504_eclipsesportswire_sgs_3209, a180504_eclipsesportswire_sgs_3212, a180504_eclipsesportswire_sgs_3272, a180504_eclipsesportswire_sgs_3314_1, a180504_eclipsesportswire_sgs_3322, a180504_eclipsesportswire_sgs_3358, a180504_eclipsesportswire_sgs_3373, a180504_eclipsesportswire_sgs_3375, a180504_eclipsesportswire_sgs_3402, a180504_eclipsesportswire_sgs_4109, a180504_eclipsesportswire_sgs_4165, a180504_eclipsesportswire_sgs_4174, a180504_eclipsesportswire_sgs_4218, a180504_eclipsesportswire_sgs_4250, a180504_eclipsesportswire_sgs_4328, a180504_eclipsesportswire_sgs_4376, a180504_eclipsesportswire_sgs_4595, a180504_eclipsesportswire_sgs_4600, a180504_eclipsesportswire_sgs_4603, a180504_eclipsesportswire_sgs_4675, aa180504_eclipsesportswire_sgs_1267_2, zzz180504_eclipsesportswire_sgs_3394, a180505_eclipsesportswire_sgs_0793, a180505_eclipsesportswire_sgs_0776, a180505_eclipsesportswire_sgs_0774, a180505_eclipsesportswire_sgs_0754, a180505_eclipsesportswire_sgs_0709, a180505_eclipsesportswire_sgs_0705, a180505_eclipsesportswire_sgs_0661, a180505_eclipsesportswire_sgs_0636, a180505_eclipsesportswire_sgs_0575, a180505_eclipsesportswire_sgs_0563, a180505_eclipsesportswire_sgs_0562, a180505_eclipsesportswire_sgs_0552, a180505_eclipsesportswire_sgs_0416, a180505_eclipsesportswire_sgs_0415, a180505_eclipsesportswire_sgs_0413, a180505_eclipsesportswire_sgs_0409, a180505_eclipsesportswire_sgs_0389, a180505_eclipsesportswire_sgs_0406, a180505_eclipsesportswire_sgs_0404, a180505_eclipsesportswire_sgs_0402, a180505_eclipsesportswire_sgs_0398, a180505_eclipsesportswire_sgs_0397,

a180505_eclipsesportswire_sgs_0395, a180505_eclipsesportswire_sgs_0394, a180505_eclipsesportswire_jv_0122

**Published:** May 2018

- **Individual Photographs:** a180505_eclipsesportswire_jv_0969, a180505_eclipsesportswire_jv_0991, a180505_eclipsesportswire_sgs_0054, a180505_eclipsesportswire_sgs_1093, a180505_eclipsesportswire_sgs_1483, a180505_eclipsesportswire_sgs_1484, a180505_eclipsesportswire_sgs_1488, a180505_eclipsesportswire_sgs_0345, a180505_eclipsesportswire_sgs_0347, a180505_eclipsesportswire_sgs_0349, a180505_eclipsesportswire_sgs_0351, a180505_eclipsesportswire_sgs_0358, a180505_eclipsesportswire_sgs_0362, a180505_eclipsesportswire_sgs_0364, a180505_eclipsesportswire_sgs_0366, a180505_eclipsesportswire_sgs_0372, a180505_eclipsesportswire_sgs_1488, a180505_eclipsesportswire_sgs_1484, a180505_eclipsesportswire_sgs_1483, a180505_eclipsesportswire_sgs_1093, a180505_eclipsesportswire_sgs_0054, a180505_eclipsesportswire_jv_0991, a180505_eclipsesportswire_jv_0969, a180505_eclipsesportswire_jv_0122, a180505_eclipsesportswire_sgs_0376, a180505_eclipsesportswire_sgs_0379, a180505_eclipsesportswire_sgs_0382, a180505_eclipsesportswire_sgs_0383, a180505_eclipsesportswire_sgs_0385, a180505_eclipsesportswire_sgs_0387, a180505_eclipsesportswire_sgs_0388, a180505_eclipsesportswire_sgs_6714, a180505_eclipsesportswire_sgs_6702, a180505_eclipsesportswire_sgs_2394, a180505_eclipsesportswire_sgs_2371, a180505_eclipsesportswire_sgs_2316, a180505_eclipsesportswire_sgs_2289, a180505_eclipsesportswire_sgs_2248, a180505_eclipsesportswire_sgs_2230, a180505_eclipsesportswire_sgs_2222, a180505_eclipsesportswire_sgs_2219, a180505_eclipsesportswire_sgs_2210, a180505_eclipsesportswire_sgs_2192_1, a180505_eclipsesportswire_sgs_2174, a180505_eclipsesportswire_sgs_1493, a180505_eclipsesportswire_sgs_1285, a180505_eclipsesportswire_sgs_1188, a180505_eclipsesportswire_sgs_1160, a180505_eclipsesportswire_sgs_1134, a180505_eclipsesportswire_sgs_1104, a180505_eclipsesportswire_sgs_1073, a180505_eclipsesportswire_sgs_1004

**Published:** May 2018

- **Individual Photographs:** a180505_eclipsesportswire_sgs_0881, a180505_eclipsesportswire_sgs_0856, BCHEADSHOT180515_eclipsesportswire_SGS_0684, BCHEADSHOT180515_eclipsesportswire_SGS_0238, BCHEADSHOT180515_eclipsesportswire_SGS_0273, BCHEADSHOT180515_eclipsesportswire_SGS_0287, BCHEADSHOT180515_eclipsesportswire_SGS_0345, BCHEADSHOT180515_eclipsesportswire_SGS_0404, BCHEADSHOT180515_eclipsesportswire_SGS_0476, BCHEADSHOT180515_eclipsesportswire_SGS_0533, BCHEADSHOT180515_eclipsesportswire_SGS_0660, BCHEADSHOT180515_eclipsesportswire_SGS_0850, BCHEADSHOT180515_eclipsesportswire_SGS_1719, BCHEADSHOT180515_eclipsesportswire_SGS_1678, BCHEADSHOT180515_eclipsesportswire_SGS_1667, BCHEADSHOT180515_eclipsesportswire_SGS_1608, BCHEADSHOT180515_eclipsesportswire_SGS_1516, BCHEADSHOT180515_eclipsesportswire_SGS_1468, BCHEADSHOT180515_eclipsesportswire_SGS_1462, BCHEADSHOT180515_eclipsesportswire_SGS_1424, BCHEADSHOT180515_eclipsesportswire_SGS_1385, BCHEADSHOT180515_eclipsesportswire_SGS_1365, BCHEADSHOT180515_eclipsesportswire_SGS_1295, BCHEADSHOT180515_eclipsesportswire_SGS_1269, BCHEADSHOT180515_eclipsesportswire_SGS_1219, BCHEADSHOT180515_eclipsesportswire_SGS_1050,

BCHEADSHOT180516_eclipsesportswire_sgs_0118,
bxd180516_eclipsesportswire_sns_0685_1,
bxd180516_eclipsesportswire_sgs_1352,
bxd180516_eclipsesportswire_sgs_1185_1,
bxd180516_eclipsesportswire_sgs_0833,
bxd180516_eclipsesportswire_sgs_0155,
bxd180516_eclipsesportswire_sgs_0143,
bxd180516_eclipsesportswire_sgs_0651,
bxd180516_eclipsesportswire_sgs_0642,
bxd180516_eclipsesportswire_sgs_0568,
bxd180516_eclipsesportswire_sgs_0537,
bxd180516_eclipsesportswire_sgs_0408,
bxd180516_eclipsesportswire_sgs_0364,
bxd180516_eclipsesportswire_sgs_0363,
bxd180516_eclipsesportswire_sgs_0282,
bxd180516_eclipsesportswire_sgs_0279_1,
bxd180516_eclipsesportswire_sgs_0249,
bxd180516_eclipsesportswire_sgs_0221,
bxd180516_eclipsesportswire_sgs_0189

**Published:** May 2018

- **Individual Photographs:** bxd180516_eclipsesportswire_sgs_0106,
bxd180516_eclipsesportswire_sgs_0089,
bxd180516_eclipsesportswire_sgs_0050,
bxd180516_eclipsesportswire_sgs_0003_1,
BCHEADSHOT180516_eclipsesportswire_sgs_0145,
bxd180517_eclipsesportswire_sgs_0041,
bxd180517_eclipsesportswire_sgs_0170,
bxd180517_eclipsesportswire_sgs_0176,
bxd180517_eclipsesportswire_sgs_0333,
bxd180517_eclipsesportswire_sgs_0407,
bxd180517_eclipsesportswire_sgs_0411,
bxd180517_eclipsesportswire_sgs_0797,
bxd180517_eclipsesportswire_sgs_0836,
bxd180517_eclipsesportswire_sgs_0022,
bxd180517_eclipsesportswire_sgs_0034,
bxd180517_eclipsesportswire_sgs_0734,
bxd180517_eclipsesportswire_sgs_0728,
bxd180517_eclipsesportswire_sgs_0663,
bxd180517_eclipsesportswire_sgs_0593,
bxd180517_eclipsesportswire_sgs_0557,
bxd180517_eclipsesportswire_sgs_0520,
bxd180517_eclipsesportswire_sgs_0518,
bxd180517_eclipsesportswire_sgs_0044,
bxd180518_eclipsesportswire_sgs_1564,
bxd180518_eclipsesportswire_sgs_1528,
bxd180518_eclipsesportswire_sgs_1512,
bxd180518_eclipsesportswire_sgs_1497,
bxd180518_eclipsesportswire_sgs_1444,
bxd180518_eclipsesportswire_sgs_1412,
bxd180518_eclipsesportswire_sgs_1368,
bxd180518_eclipsesportswire_sgs_1347,
bxd180518_eclipsesportswire_sgs_1334,
bxd180518_eclipsesportswire_sgs_1329,
bxd180518_eclipsesportswire_sgs_1320,
bxd180518_eclipsesportswire_sgs_1307,
bxd180518_eclipsesportswire_sgs_1293,
bxd180518_eclipsesportswire_sgs_1264,

bxd180518_eclipsesportswire_sgs_1248,
bxd180518_eclipsesportswire_sgs_1227,
bxd180518_eclipsesportswire_sgs_1199,
bxd180518_eclipsesportswire_sgs_1169,
bxd180518_eclipsesportswire_sgs_1150,
bxd180518_eclipsesportswire_sgs_1140_1,
bxd180518_eclipsesportswire_sgs_1070,
bxd180518_eclipsesportswire_sgs_0571,
bxd180518_eclipsesportswire_sgs_0091,
bxd180518_eclipsesportswire_sgs_0048,
bxd180518_eclipsesportswire_sgs_0441_1,
bxd180518_eclipsesportswire_sgs_0460

**Published:** May 2018

- **Individual Photographs:** bxd180518_eclipsesportswire_sgs_0464,
bxd180518_eclipsesportswire_sgs_1026,
bxd180518_eclipsesportswire_sgs_1544,
a180519_eclipsesportswire_sgs_1641, a180519_eclipsesportswire_sgs_1720,
a180519_eclipsesportswire_sgs_1766, a180519_eclipsesportswire_sgs_1847,
a180519_eclipsesportswire_sgs_1864, a180519_eclipsesportswire_sgs_1879,
a180519_eclipsesportswire_sgs_1939, a180519_eclipsesportswire_sgs_1997,
a180519_eclipsesportswire_sgs_2574, a180519_eclipsesportswire_sgs_2583,
a180519_eclipsesportswire_sgs_2618, a180519_eclipsesportswire_sgs_1705,
a180519_eclipsesportswire_sgs_2665, a180519_eclipsesportswire_sgs_2702,
a180519_eclipsesportswire_sgs_2711, a180519_eclipsesportswire_sgs_2770,
a180519_eclipsesportswire_sgs_2779, a180519_eclipsesportswire_sgs_2790,
a180519_eclipsesportswire_sgs_2818, a180519_eclipsesportswire_sgs_2843,
a180519_eclipsesportswire_sgs_2905, a180519_eclipsesportswire_sgs_2951,
a180519_eclipsesportswire_sgs_3009, a180519_eclipsesportswire_sgs_3067,
a180519_eclipsesportswire_sgs_3083, a180519_eclipsesportswire_sgs_3109,
a180519_eclipsesportswire_sgs_3126, a180519_eclipsesportswire_sgs_3132,
a180519_eclipsesportswire_sgs_3231, a180519_eclipsesportswire_sgs_3240,
a180519_eclipsesportswire_sgs_3314, a180519_eclipsesportswire_sgs_6629,
a180519_eclipsesportswire_sgs_3347, a180519_eclipsesportswire_sgs_3674,
a180519_eclipsesportswire_sgs_5863, a180519_eclipsesportswire_sgs_5873,
a180519_eclipsesportswire_sgs_5912, a180519_eclipsesportswire_sgs_5923,
a180519_eclipsesportswire_sgs_5931, a180519_eclipsesportswire_sgs_5945,
a180519_eclipsesportswire_sgs_5971, a180519_eclipsesportswire_sgs_1705,
a180519_eclipsesportswire_sgs_5992, a180519_eclipsesportswire_sgs_6086,
a180519_eclipsesportswire_sgs_6095, a180519_eclipsesportswire_sgs_6238,
a180519_eclipsesportswire_sgs_6327, a180519_eclipsesportswire_sgs_6420,
a180519_eclipsesportswire_sgs_6550

**Published:** May 2018

- **Individual Photographs:** a180519_eclipsesportswire_sgs_1597, a180519_eclipsesportswire_sgs_1623,
a180519_eclipsesportswire_sgs_1631, a180519_eclipsesportswire_sgs_1651

**Published:** May 2018

- **Individual Photographs:** z180607_eclipsesportswire_sgs_1047, z180607_eclipsesportswire_sgs_0998,
z180607_eclipsesportswire_sgs_1463, z180607_eclipsesportswire_sgs_1295,
z180607_eclipsesportswire_sgs_1239, z180607_eclipsesportswire_sgs_1219,
z180607_eclipsesportswire_sgs_1207, z180607_eclipsesportswire_sgs_1194,
z180607_eclipsesportswire_sgs_0848, z180607_eclipsesportswire_sgs_1401,
z180607_eclipsesportswire_sgs_0757, z180607_eclipsesportswire_sgs_0388,
z180607_eclipsesportswire_sgs_0279, z180607_eclipsesportswire_sgs_0240,
z180607_eclipsesportswire_sgs_0129, z180607_eclipsesportswire_sgs_0104,
z180607_eclipsesportswire_sgs_0093, z180607_eclipsesportswire_sgs_0090,
z180607_eclipsesportswire_sgs_0058, z180607_eclipsesportswire_sgs_0010,

z180607_eclipsesportswire_sgs_0006, z180607_eclipsesportswire_sgs_1333, z180607_eclipsesportswire_sgs_1312, z180607_eclipsesportswire_sgs_1297, z180608_eclipsesportswire_sgs_1550, z180608_eclipsesportswire_sgs_1536, z180608_eclipsesportswire_sgs_1543, z180609_eclipsesportswire_sgs_1044, z180608_eclipsesportswire_sns_0411, z180608_eclipsesportswire_sns_0194, z180608_eclipsesportswire_sgs_2188, z180608_eclipsesportswire_sgs_2180, z180608_eclipsesportswire_sgs_2147, z180608_eclipsesportswire_sgs_2099, z180608_eclipsesportswire_sgs_2087, z180608_eclipsesportswire_sgs_2078, z180608_eclipsesportswire_sgs_2056, z180608_eclipsesportswire_sgs_1556, z180608_eclipsesportswire_sgs_0846, z180608_eclipsesportswire_sgs_0823, z180608_eclipsesportswire_sgs_0759, z180608_eclipsesportswire_sgs_0126, z180608_eclipsesportswire_sgs_0113, z180608_eclipsesportswire_sgs_0100, z180608_eclipsesportswire_sgs_0091, z180608_eclipsesportswire_sgs_0032, z180609_eclipsesportswire_sgs_0486, z180609_eclipsesportswire_sgs_0585, z180609_eclipsesportswire_sns_8511, z180609_eclipsesportswire_sgs_3940, z180609_eclipsesportswire_sgs_3284, z180609_eclipsesportswire_sgs_3270

**Published:** June 2018

- **Individual Photographs:** z180609_eclipsesportswire_sgs_3261, z180609_eclipsesportswire_sgs_1395, z180609_eclipsesportswire_sgs_1380, z180609_eclipsesportswire_sgs_1203, z180609_eclipsesportswire_sgs_1089, z180609_eclipsesportswire_sgs_1139, z180609_eclipsesportswire_sgs_1068, z180609_eclipsesportswire_sgs_1051

**Published:** June 2018

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Earliest Publication Date in Group:** | January 25, 2018 |
| **Latest Publication Date in Group:** | June 09, 2018 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** Scott Serio
- **Author Created:** photographs
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Scott Serio
7 Spring Knoll Ct, Colora, MD 21917, United States

## Rights and Permissions

**Organization Name:** Eclipse Sportswire
**Name:** Scott Serio
**Email:** eclipsesportswire@gmail.com
**Telephone:** (443)693-3454

|  |  |
|---|---|
| **Address:** | 7 Spring Knoll Ct.<br>Colora, MD, 21917  United States |

## Certification

|  |  |
|---|---|
| **Name:** | Joe G. Naylor |
| **Date:** | July 02, 2018 |
| **Applicant's Tracking Number:** | USCO-05033 |

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Basis for Registration: Registration extends only to photographs that are uploaded and appear within the photograph title list.













shop   our story   contact

Horse Racing  ›  Justify 2018 Triple Crown Winner

Next ›





# Justify 2018 Triple Crown Winner

**Justify** is a retired American Thoroughbred racehorse who is the thirteenth and most recent winner of the American Triple Crown, accomplishing the feat by winning the Kentucky Derby, Preakness Stakes, and Belmont Stakes in 2018.

- 32 × 29 in.
- Matted
- Curved mahogany frame
- All prints delivered as shown
- Made in America

10% of each sale is donated to the MN Trauma Project, to honor Sumer Jha Biretta and the legacy she leaves behind. Learn more.

Flat rate shipping throughout the United States. Free delivery in the Minneapolis and St. Paul metropolitan area.

Can't find what you want? No problem. We will. Contact us today.

### $150.00

COLOR
Select Color  ▾

QUANTITY
1

**PURCHASE**

f FACEBOOK    🐦 TWITTER    📌 PINTEREST

R Sports Moments Plus LLC 2019 – 4.
Right Reserved

About us
Sports was popular we moments pictures
for life. Framed, matted and ready to
hang. Learn more.

Shipping
SMP offers flat rate shipping throughout
the United States and free delivery in the
Minneapolis and St. Paul metropolitan
area.

Returns and Exchanges
SMP offers no money back or exchanges for
damaged or broken goods. SMP does not
issue refund.

Contact us
P (952) 484-4407
E print@sportsmomentsplus.com



Auto Racing

SHOP NOW

Horse Racing

SHOP NOW

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

×

URL: https://www.sportsmomentsplus.com/
Screenshot Taken: 2020-07-20 14:08 (Europe/Dublin)   HTML Updated: "www.sportsmomentsplus.com" reports "07/30/2020 14:00:07"   Case ID: CAS-132054   URL ID: UID-00730262





# Justify 2018 Triple Crown Winner

Justify is a retired American Thoroughbred racehorse who is the thirteenth and most recent winner of the American Triple Crown, accomplishing the feat by winning the Kentucky Derby, Preakness Stakes, and Belmont Stakes in 2018.

- 32 × 29 in.
- Matted
- Curved mahogany frame
- All prints delivered as shown
- Made in America

10% of each sale is donated to the MN Trauma Project to honor Samantha Binetti and the legacy she leaves behind. Learn more.

Flat rate shipping throughout the United States. Free delivery in the Minneapolis and St. Paul metropolitan area.

Can't find what you want? No problem. We will. Contact us today.

$150.00

COLOR







Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

August 28, 2020

**VIA EMAIL:  john@sportsmomentsplus.com**
Mr. John Binetti
Sports Moments Plus, LLC
8848 Woodhill Circle
Savage, MN 55378

Re:   **Eclipse Sportswire v. Sports Moments Plus, LLC**
        **Our File No.:  00687-0007**

Dear Mr. Binetti,

**We are a law firm making a claim on behalf of our client.  We know that this is
reaching you during a difficult and trying time and that you may have more pressing
concerns. We appreciate that responding to this letter may not be your first
priority.  However, we must receive a response from you so that we know that you are
taking this matter seriously, even if you need more time to hire a lawyer or report this
claim to your insurance carrier.  If we hear from you then we can work with you to
understand your position and resolve our client's claim. Please respond to us.**

We write this follow up letter on behalf of our client Eclipse Sportswire for the purposes
of resolving a case of copyright infringement against you by our client.  This demand is
privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our prior letter dated August 12, 2020, wherein we detailed the
basis of the copyright infringement claim against you, including the evidence of
infringement.

We note that a review of the accused infringing webpage shows that the infringement
has not been removed.  It is imperative that you respond to us.  If we do not hear from
you, we will be forced to take further steps to protect our client's rights, including filing

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Mr. John Binetti
Sports Moments Plus, LLC
August 28, 2020
Page 2

a lawsuit against you.  We also repeat our demand that you tender this claim to your insurance carrier.

We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/jmb

**CALIFORNIA**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com